DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT JOSHUA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1912

[October 30, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 09-21533CF10A.

Norliza Batts of Law Offices of Norliza Batts, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***